UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO.  1:22-cv-13-GNS

MATTHEW B. DEHART                                                                                    PLAINTIFF

V.                                              **NOTICE OF REMOVAL**

DEPUTY KENNY PERKINS, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY
AS DEPUTY SHERIFF AT
RUSSELL COUNTY SHERIFF'S DEPARTMENT, ET AL.                       DEFENDANTS

******************

      Defendants, Deputy Kenny Perkins, Individually and in his official capacity, Deputy Ronnie Golden, Individually and in his official capacity, Sheriff Derek Polston, Individually and in his official capacity, Trooper Jacob Harper, Individually and in his official capacity, Unknown Supervisor of Jacob Harper, Individually and in his/her official capacity, and Kentucky State Police, hereby remove this action to this Court pursuant to 28 U.S.C. § 1441(a), and in support thereof, state as follows:

      1.    A civil action was filed on January 28, 2022, and is now pending in the Circuit Court of Russell County, Kentucky, Civil Action No. 22-CI-00112, wherein Matthew B. Dehart is the Plaintiff, and the Defendants are Deputy Kenny Perkins, Individually and in his official capacity, Deputy Ronnie Golden, Individually and in his official capacity, Sheriff Derek Polston, Individually and in his official capacity, Trooper Jacob Harper, Individually and in his official capacity, Unknown Supervisor of Jacob Harper, Individually and in his/her official capacity, and Kentucky State Police.

2. Plaintiff's Complaint includes claims "pursuant to 42 U.S.C. §§ 1983 and 1988, the Fourth and Fourteenth Amendments to the United States Constitution" (Complaint, ¶ 1).

3. Notice of Removal is filed with this Court within thirty (30) days of receipt by the Defendants of a copy of the Summons and Complaint in the action, pursuant to 28 U.S.C. § 1446(b)(1).

4. The Defendants herein have filed this petition to remove this action pursuant to 28 U.S.C. § 1441 because this action could have been brought in this Court pursuant to federal question jurisdiction under 28 U.S.C. § 1331.

5. This action is properly removed to this Court because it is founded on "a claim arising under the . . . laws . . . of the United States" within the meaning of 28 U.S.C. §§ 1331 and 1441(c)(1)(A). Specifically, federal question jurisdiction is present here because Plaintiffs' Complaint purports to state claims for violation of various rights allegedly bestowed upon the Plaintiff by the United States Constitution. Plaintiff seeks damages for the purported violation of those rights. Although Defendants deny the allegations made and contained in and the sufficiency of the Complaint, Plaintiff has purported to state federal questions on the face of his Complaint.

6. Venue lies in this Court because Plaintiff's action is pending in Russell County, Kentucky, which is within this district and division. 28 U.S.C. § 1441(a).

7. Copies of all process and pleadings required to be filed with this Court under 28 U.S.C. § 1446(a) are attached as Exhibit 1.

8. Defendants have given written notice of the filing of this petition to the Clerk of the Russell Circuit Court and Plaintiff as required by 28 U.S.C. § 1446(d). (*See* Exhibit 2).

**WHEREFORE**, Defendants herein give this Notice of Removal of the action against them now pending in the Russell Circuit Court and respectfully request that the Court accept jurisdiction of this action.

Respectfully submitted,

ENGLISH, LUCAS, PRIEST & OWSLEY, LLP

*/s/ Aaron D. Smith*
Aaron D. Smith
Jessica R. Shoulders
1101 College Street
P.O. Box 770
Bowling Green, Kentucky  42102-0770
asmith@elpolaw.com
jshoulders@elpolaw.com
C*ounsel for Defendants Perkins, Golden and Poston*

AND

*/s/ Samantha A. Bevins*
Samantha A. Bevins
Kentucky State Police HQ
919 Versailles Road
Frankfort, KY 40601
samantha.bevins@ky.gov
*Counsel for Defendants, Harper, Unknown Supervisor of Harper and Kentucky State Police*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 10, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record or that certify that a true and correct copy of the foregoing has been served by electronic and/or U.S. Mail upon the following:

Matthew B. DeHart, Pro Se
DeHart Law Office
33 W. Cumberland Ave.
Jamestown, KY 42629
dehartlaw@duo-county.com
*Plaintiff*

Samantha A. Bevins
Kentucky State Police HQ
919 Versailles Road
Frankfort, KY 40601
Samantha.bevins@ky.gov
*Counsel for Defendants, Harper, Unknown*
*Supervisor of Harper, and Kentucky State Police*

                                                *s/Aaron D. Smith*
                                                ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
                                                1101 College Street; P.O. Box 770
                                                Bowling Green, KY 42102-0770
                                                Telephone: (270) 781-6500
                                                Facsimile: (270) 782-7782