UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:22-CV-00013-GNS-HBB

**MATTHEW B. DEHART**                                                                                           **PLAINTIFF**

**v.**

**DEPUTY KENNY PERKINS et al.**                                                                        **DEFENDANTS**

## ORDER

In accordance with the order of the Court, **IT IS HEREBY ORDERED AND ADJUDGED** as follows:

(1)  Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

(2)  This is a **FINAL** judgment, and the matter is **STRICKEN** from the active docket of the Court.

Greg N. Stivers, Chief Judge
United States District Court

September 28, 2023

cc:      counsel of record